UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD EARL COBB,<br><br>                    Petitioner,<br><br>   v.<br><br>SCOTT SPEER,<br><br>                    Respondent. | Case No. C25-0030-MJP-SKV<br><br>ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS* |

Petitioner's application to proceed with this federal habeas action *in forma pauperis* (Dkt. 3) is GRANTED. The Clerk is directed to file Petitioner's petition for writ of habeas corpus without the prepayment of fees. The Clerk is further directed to send a copy of this Order to Petitioner.

DATED this 7th day of February, 2025.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING LEAVE TO
PROCEED *IN FORMA PAUPERIS* - 1